IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                              §
KAREN DARLENE JONES                 §          CASE NO: 06-30905
    Debtor                      §
                                    §          CHAPTER  13

## MEMORANDUM OPINION REGARDING CIVIL CONTEMPT

      Karen Jones filed Case No. 05-38859 on June 6, 2005.  The case was dismissed on October 12, 2005, with prejudice against refiling for a period of 180 days.  Jones subsequently refiled this case on March 6, 2006, in apparent direct violation of the Court's directive.

      Jones is ordered to appear before this Court on May 26, 2006 at 11:00 a.m. and show cause why she should not be found in civil contempt and sanctioned for her conduct.

      If Jones fails to appear at the hearing, the Court will order that she be arrested by the United States Marshal and brought before the Court.

SIGNED 05/10/2006.

**MARVIN ISGUR**
**United States Bankruptcy Judge**